**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JANE DOE** | **CIVIL ACTION NO.: 17-5629** |
| **VERSUS** | **SECTION "E"** |
| **DANIEL EDWARDS**<br>    **SHERIFF OF TANGIPAHOA PARISH** | **JUDGE MORGAN** |
| **STUART MURPHY**<br>    **WARDEN, TANGIPAHOA PARISH PRISON** | **MAGISTRATE KNOWLES** |
| **DEPUTY ROE #1**<br>    **OFFICER, TANGIPAHOA PARISH PRISON** | |
| **DEPUTY ROE #2**<br>    **OFFICER, TANGIPAHOA PARISH PRISON** | |

**PROTECTIVE ORDER**

On motion of Plaintiff and for good cause shown:

**IT IS HEREBY ORDERED** that this Protective Order pursuant to Rule 26(c) of

the Federal Rules of Civil Procedure be and is hereby entered.

1.  As used in the Protective Order, these terms have the following meanings:

    a)  Counsel – Counsel of record in this action;

    b)  Disclose – Disclose shall mean show, divulge, reveal, produce, describe,
        transmit, or otherwise communicate, in whole or in part, a copy or any
        summaries of the referenced materials or documents;

    c)  Document – "Document" shall have the broadest meaning permissible under
        the Federal Rules of Civil Procedure and shall include, without limitation, all
        "documents and electronically stored information" as defined in Rule 34 of

1

the Federal Rules of Civil Procedure, all "writings", "recordings", and "photographs" and as defined in Rule 1001 of the Federal Rules of Evidence, and any information stored in or through any computer system or other electronic or optical data storage device.

    d) <u>Identifying Information</u> – any information from which Plaintiff's true identity could be ascertained.

2. Plaintiff shall proceed in this action under the pseudonym Jane Doe;

3. At the request of Defendants' counsel, Plaintiff's counsel shall disclose Plaintiff's true identity and address to Defendants' counsel;

4. Defendants' counsel may disclose Plaintiff's true identity or Identifying Information to the named Defendants, but only if and when such disclosure is necessary to litigate this action;

5. All Court personnel who learn Plaintiff's true identity or have access to Identifying Information are prohibited from further disclosing such information;

6. Any individual to whom disclosure of Plaintiff's true identity or Identifying Information is made shall first read the Protective Order and confirm he or she understands the Protective Order's contents. After disclosure is made, these individuals shall not further disclose Plaintiff's true identity or Identifying Information;

7. All documents filed with the Court that contain Plaintiff's true identity or Identifying Information shall be filed under seal. The Parties shall use Plaintiff's pseudonym in all publicly filed documents;

**8.** Failure by any person to comply with the terms of this Protective Order may subject the violator to a finding of contempt of court.

**NEW ORLEANS, Louisiana this 28th day of July, 2017.**

_____
**DISTRICT JUDGE**

3